# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK D SCOTT                              Chapter 13

            Debtor                        Bankruptcy No. 17-15824-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___14th___ day of ___December___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
RICHARD F. WEINSTEIN ESQ
705 WEST HAVERFORD RD
SUITE 1
BRYN MAWR, PA 19010-

Debtor:
MARK D SCOTT

2990 BRAMBLING LANE

NORRISTOWN, PA 19403